(No. 5929—

MCHENRY SAND AND GRAVEL COMPANY, INC., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF HIGHWAYS, Respondent.

*Opinion filed August 30, 1971.*

WILLIAM M. CARROLL, JR., Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.